UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60077-CR-SEITZ/McAliley

UNITED STATES OF AMERICA           :
                                   :
v.                                 :
                                   :
ESAI AMBO,                         :
                                   :
        Defendant.                 :
_____/

**ORDER GRANTING DEFENDANT ESAI AMBO'S UNOPPOSED MOTION
FOR EARLY TERMINATION OF PROBATION**

**THIS CAUSE** came before the Court on Defendant Esai Ambo's Unopposed Motion for Early Termination of Probation. The motion has the support of Mr. Ambo's supervising Probation Officer, James Lee (N.D. Ga.), and is unopposed by the United States Attorney's Office for this district. The Court having read the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Esai Ambo's term of probation supervision is hereby reduced from two years to ~~one year~~ *date of this order*.

**DONE AND ORDERED** in chambers in Miami-Dade County, Florida this 21st day of November ~~October~~, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    USPO